# Court of Appeals
# of the State of Georgia

ATLANTA,  June 04, 2012

*The Court of Appeals hereby passes the following order:*

**A12A1936.  J. D. ROCK ENTERPRISES, LLC, et al. v. EDDIE LEE LONG, et al.**

J. D. Rock Enterprises, LLC and Daniel W. Wright sued Reverend Eddie Lee Long, Marrion Heflin, and Frederick N. Folson to recover on a promissory note.  The parties settled the case, and the trial court signed an order memorializing the agreement.[1]  The defendants allegedly breached the settlement agreement, and the plaintiffs filed a "Motion for Order Declaring Defendant in Default Under Settlement Agreement and Reinstating Litigation."  The trial court denied the motion on November 28, 2011, and the plaintiffs filed a motion for reconsideration.  The trial court denied the motion for reconsideration on February 23, 2012, and the plaintiffs filed this direct appeal.

We lack jurisdiction.  A notice of appeal must be filed within 30 days of the entry of the order sought to be appealed.  OCGA § 5-6-38 (a).  However, a trial court's denial of a motion for reconsideration is not itself appealable, and the filing of a motion for reconsideration does not extend the time for filing an appeal.  See *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000); *Savage v. Newsome*, 173 Ga. App. 271 (326 SE2d 5) (1985).  Here, the plaintiffs' failure to file a notice of appeal within 30 days of the trial court's November 28, 2011 order renders the appeal untimely.  Accordingly, this appeal is hereby DISMISSED.

---

[1] The order was apparently not entered by the clerk.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 06/04/2012
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*